CO-386-online
10/03

# United States District Court
# For the District of Columbia

Rocky Mountain Clean Air Action et al.

      vs     Plaintiff

Stephen L. Johnson

        Defendant

)
)
)
)
)
)
)
)
)
)

Civil Action No. _____

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for   plaintiffs   certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of   Rocky Mountain Clean Air Action   which have

any outstanding securities in the hands of the public:

**none**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

MD14062
_____
BAR IDENTIFICATION NO.

Robert Ukeiley
_____
Print Name

433 Chestnut Street
_____
Address

Berea, KY  40403
_____
City      State      Zip Code

859-986-5402
_____
Phone Number