UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION, et al., <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN L. JOHNSON, in his official capacity as Administrator, United States Environmental Protection Agency, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civ. No. 1:06-cv-1419 (RMC) |

**ENTRY OF APPEARANCE**

**TO THE CLERK:**

Please enter the appearance of Jessica O'Donnell, D.C. Bar No. 473166, as counsel of record in the above-captioned case on behalf of Defendant Stephen L. Johnson, Administrator, United States Environmental Protection Agency.

The following is the correct address of Defendant's counsel for first class mail:

United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington D.C.  20026-3986

The following is the correct address for overnight mail delivery:

United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street, N.W., Suite 8000
Washington D.C.  20004

       Respectfully submitted,

       SUE ELLEN WOOLRIDGE
       Assistant Attorney General
       Environment and Natural Resources Division

       _s/ Jessica O'Donnell_____

| OF COUNSEL: | |
|---|---|
| Jan Tierney | JESSICA O'DONNELL (D.C. Bar #473166) |
| Sheila Igoe | Environmental Defense Section |
| Office of General Counsel | U.S. Department of Justice |
| United States Environmental Protection Agency | P.O. Box 23986 |
| | Washington, D.C. 20026-3986 |
| Ariel Rios Building | Telephone: (202) 305-0851 |
| 1200 Pennsylvania Avenue, N.W. | E-mail: jessica.odonnell@usdoj.gov |
| Washington, D.C. 20460 | |

Street address:
601 D Street, NW, Suite 8000
Washington, D.C. 20004

*Attorneys for Defendant*

Dated: October 16, 2006