**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION, et al., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 1:06-cv-1419 (RMC) |
| STEPHEN L. JOHNSON, in his official capacity as Administrator, United States Environmental Protection Agency, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**TO EXTEND TIME TO ANSWER**

Defendant Stephen L. Johnson, in his official capacity as Administrator, United States Environmental Protection Agency ("EPA"), hereby moves the Court to extend the time to answer or otherwise respond to Plaintiffs' First Amended Complaint until January 3, 2006. In support of this motion, Defendant states as follows:

1.      On August 21, 2006, Plaintiffs served upon Defendant a Complaint for Injunctive and Declaratory Relief. On August 22, 2006, Plaintiffs filed a First Amended Complaint for Declaratory and Injunctive Relief. Pursuant to Fed. R. Civ. P. 12(a)(3)(A), a response to Plaintiffs' Amended Complaint is required to be served by October 20, 2006.

2.      The Complaint alleges that EPA has failed to perform a mandatory duty to respond to two citizen petitions pursuant to 42 U.S.C. § 7661d, a provision of the Clean Air Act. Among the relief sought by the Amended Complaint is an order requiring the Administrator to respond to the petitions.

3.      Good cause exists to grant Defendant additional time to answer the Amended

Complaint.  Additional time will permit Defendant to respond to the citizen petitions that are the

subject of the Complaint, or otherwise resolve the dispute without further litigation.

4.      Additional time to respond is required because of the multiple layers of EPA

management review that are involved in responding to citizen petitions submitted pursuant to 42

U.S.C. § 7661d.  In particular, § 7661d(b)(2) provides that the Administrator may not delegate

the duty to respond to citizen petitions submitted under that section.

5.      Granting this extension of time will not prejudice any party.  Counsel for

Defendant has conferred with counsel for Plaintiffs, who represents that Plaintiffs do not oppose

this Motion.

WHEREFORE, Defendant respectfully moves the Court to grant Defendant until January

3, 2006, to file its answer or otherwise respond to Plaintiffs' Amended Complaint.

                                   Respectfully submitted,

                                   SUE ELLEN WOOLDRIDGE
                                   Assistant Attorney General
                                   Environment and Natural Resources Division

                                     s/ Jessica O'Donnell
OF COUNSEL:                        JESSICA O'DONNELL  (D.C. Bar #473166)
Jan Tierney                        Environmental Defense Section
Sheila Igoe                        U.S. Department of Justice
Office of General Counsel          P.O. Box 23986
United States Environmental Protection   Washington, D.C. 20026-3986
Agency                             Telephone: (202) 305-0851
Ariel Rios Building                E-mail: jessica.odonnell@usdoj.gov
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460             Street address:
                                   601 D Street, NW, Suite 8000
                                   Washington, D.C. 20004

Dated: October 16, 2006