## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION, et al., ) ) ) ) Plaintiff, ) ) v. ) ) STEPHEN L. JOHNSON, in his official capacity ) as Administrator, United States Environmental ) Protection Agency, ) ) Defendant. ) ) | Civ. No. 1:06-cv-1419 (RMC) |

### [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER

Upon consideration of Defendant's Motion to Extend Time to Answer, and upon counsel's representation that the Motion is unopposed, and finding that good cause exists to grant the Motion:

Defendant's Unopposed Motion to Extend Time to Answer is hereby GRANTED, and it is ORDERED that Defendant's response to Plaintiffs' First Amended Complaint must be served on or before January 3, 2006.

SO ORDERED.

_____
Hon. Rosemary M. Collyer
United States District Judge