UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION, et al., <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN L. JOHNSON, in his official capacity as Administrator, United States Environmental Protection Agency, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. No. 1:06-cv-1419 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S UNOPPOSED MOTION
TO EXTEND TIME TO ANSWER**

Defendant Stephen L. Johnson, in his official capacity as Administrator, United States Environmental Protection Agency ("EPA"), hereby moves the Court to extend the time to answer or otherwise respond to Plaintiffs' First Amended Complaint until January 8, 2007. In support of this motion, Defendant states as follows:

1. On August 21, 2006, Plaintiffs served upon Defendant a Complaint for Injunctive and Declaratory Relief. On August 22, 2006, Plaintiffs filed a First Amended Complaint for Declaratory and Injunctive Relief. Pursuant to Fed. R. Civ. P. 12(a)(3)(A), a response to Plaintiffs' Amended Complaint was required to be served by October 20, 2006. By Minute Entry dated October 17, 2006, the Court granted Defendant's unopposed motion to extend this date to January 3, 2007.

2. The Complaint alleges that EPA has failed to perform a mandatory duty to respond to two citizen petitions pursuant to 42 U.S.C. § 7661d, a provision of the Clean Air Act.

Among the relief sought by the Amended Complaint is an order requiring the Administrator to respond to the petitions.

3. Good cause exists to grant Defendant additional time to answer or otherwise respond to the Amended Complaint. On December 22, 2006, Defendant signed the Order responding to the petition that is the subject of the First Claim for Relief set forth in Plaintiffs' Amended Complaint. Additional time is needed to allow the parties to determine whether Plaintiffs' Second Claim for Relief can be resolved without further litigation.

4. Granting this extension of time will not prejudice any party. Counsel for Defendant has conferred with counsel for Plaintiffs, who represents that Plaintiffs do not oppose this Motion.

WHEREFORE, Defendant respectfully moves the Court to grant Defendant until January 8, 2007, to file its answer or otherwise respond to Plaintiffs' Amended Complaint.

    Respectfully submitted,

    SUE ELLEN WOOLDRIDGE
    Assistant Attorney General
    Environment and Natural Resources Division

       s/Jessica O'Donnell

OF COUNSEL:
Jan Tierney
Sheila Igoe
Office of General Counsel
United States Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

JESSICA O'DONNELL  (D.C. Bar #473166)
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone: (202) 305-0851
E-mail: jessica.odonnell@usdoj.gov

Street address:
601 D Street, NW, Suite 8000
Washington, D.C. 20004

Dated: January 3, 2007