# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION and JEREMY NICHOLS, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN L. JOHNSON, <br><br> Defendant. | Civil No. 1:06-cv-01419-RMC |

## AFFIDAVIT OF JEREMY NICHOLS

1.  My name is Jeremy Nichols

2.  I am a member of Rocky Mountain Clean Air Action ("RMCAA").

3.  I am also employed as the Director of RMCAA.

4.  The organizational purpose of RMCAA is to protect clean air in Colorado and the surrounding Rocky Mountain region, including the Black Hills in South Dakota.

5.  I live in the City of Denver, Colorado.

6.  With my family, I regularly visit and enjoy Spearfish, South Dakota, and plan to do so regularly in the future.

7.  While in Spearfish, I have visited and plan to visit regularly in the future the Spearfish city campground and Black Hills National Forest lands directly to the south of the town of Spearfish.

8.  During my visits to Spearfish and the surrounding area, I have observed air pollution from the Pope and Talbot lumber mill. I have seen visible emissions on several occasions during

1

my visits, and I find this air pollution displeasing because it is visually ugly, and because the pollution worries me for the health of myself and my family.

Pursuant to 28 U.S.C. § 1746, "I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

__1-10-07__
Date

__[signature]__
Jeremy Nichols

2