# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROCKY MOUNTAIN CLEAN AIR ACTION and )
JEREMY NICHOLS, )
    Plaintiffs, )
    v. )
STEPHEN L. JOHNSON, )
    Defendant. )

Civil No. 1:06-cv-01419-RMC

## AFFIDAVIT OF ERIC BONDS

1. My name is Eric Bonds.

2. I am a dues-paying member and a member of the Board of Directors of Rocky Mountain Clean Air Action ("RMCAA").

3. I suffer from asthma, which is made worse when I breathe polluted air.

4. I live in the City of Boulder, Colorado.

5. I regularly visit and enjoy Spearfish, South Dakota, and plan to do so regularly in the future.

6. While in Spearfish, I have visited and plan to visit regularly the forests directly south of Spearfish.

7. During my visits to Spearfish and the surrounding area, I have observed air pollution from the Pope and Talbot lumber mill. I have seen visible emissions on several occasions during my visits, and I find this air pollution displeasing because it is visually ugly, and because the pollution worries me for my health..

1

8. The pollution also worries me due to my asthma.

Pursuant to 28 U.S.C. § 1746, "I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

_1/10/07_
Date

_Eric Bonds_ (signature)
Eric Bonds