IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION, *et al*,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>STEPHEN L. JOHNSON,<br><br>　　　　Defendant. | Civil No. 1:06cv01419 (RMC) |

[PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Judgment on the Pleadings [Doc. No.    ] and for good cause shown, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that EPA grant or deny Plaintiffs' Petition for Objection to the Pope and Talbot Title V Permit within ten working days of the date of this Order.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ROSEMARY M. COLLYER
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: _____ ____, 2007