## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION, et al., <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN L. JOHNSON, in his official capacity as Administrator, United States Environmental Protection Agency, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civ. No. 1:06-cv-1419 (RMC) |

### ORDER

Upon consideration of plaintiffs' motion for judgment on the pleadings, or in the alternative, for summary judgment, the cross-motion for summary judgment on remedy filed by defendant Stephen L. Johnson, Administrator, United States Environmental Protection Agency ("EPA"), and all related papers, the Court hereby GRANTS plaintiffs' motion for summary judgment on the issue of whether EPA failed to perform a mandatory duty to respond to plaintiffs' petition, pursuant to 42 U.S.C. § 7661d, seeking EPA's objection to the Clean air Act Title V operating permit for the Pope and Talbot, Inc. lumber mill. The Court DENIES plaintiffs' motion on the issue of remedy.

The Court further GRANTS EPA's cross-motion for summary judgment on remedy. EPA shall issue a response to Plaintiffs' Pope and Talbot petition within 60 days from the date of this Order.

IT IS SO ORDERED this _____ date of _____.


_____
Rosemary M. Collyer
United States District Judge