IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION and JEREMY NICHOLS,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>STEPHEN L. JOHNSON,<br><br>　　Defendant. | Civil No. 1:06-cv-01419-RMC |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiffs Rocky Mountain Clean Air Action and Jeremy Nichols hereby move the Court to enlarge by seven days the time for Plaintiffs to reply to Defendant's Response to Plaintiffs' Motion for Judgment on the Pleadings for Second Claim, and to respond to Defendant's Cross-Motion for Summary Judgment as to Remedy.  In support of this motion, Plaintiffs state as follows:

Good cause exists to grant Plaintiffs additional time to file these pleadings because the parties are currently engaged in settlement discussions to resolve this action without further litigation, and the parties need more time to consider the terms of a settlement.

Granting this extension of time will not prejudice any party.  Counsel for Plaintiffs has conferred with counsel for Defendant, who represents that Defendant does not oppose this Motion.

Wherefore, Plaintiffs respectfully move the Court to grant Plaintiffs until February 12, 2007, to file their reply to Defendant's Response to Plaintiffs' Motion for Judgment on the

2

Pleadings for Second Claim, and their response to Defendant's Cross-Motion for Summary Judgment as to Remedy.

                                              Respectfully submitted,

                                              ___/s_____
                                              Robert Ukeiley (MD14062)
                                              Law Office of Robert Ukeiley
                                              435R Chestnut Street, Suite 1
                                              Berea, KY 40403
                                              Tel: (859) 986-5402
                                              Fax: (866) 618-1017
                                              E-mail: rukeiley@igc.org

                                              Counsel for Plaintiffs

DATED:  February 2, 2007