IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION, *et al,* <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN L. JOHNSON, <br><br> Defendant. | Civil No. 1:06cv01419 (RMC) |

[PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Extension of Time [Doc. No.   ], and upon counsel's representation that the Motion is unopposed, and for good cause shown, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that Plaintiffs' Reply to Defendant's Response to Plaintiffs' Motion for Judgment on the Pleadings for Second Claim and Response to Defendant's Cross-Motion for Summary Judgment as to Remedy must be served on or before February 12, 2007.

**SO ORDERED.**

_____
ROSEMARY M. COLLYER
United States District Judge

Dated: _____ ____, 2007