IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION and JEREMY NICHOLS,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN L. JOHNSON,<br><br>Defendant. | Civil No. 1:06-cv-01419-RMC |

**STIPULATION OF PARTIAL DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties stipulate that Plaintiffs' first claim that Defendant failed to perform a nondiscretionary duty to grant or deny their petition for an objection to the Denver Regional Landfill (South), Inc. ("Denver Landfill") Title V permit within 60 days should be dismissed as moot because Defendant took action on the Denver Landfill petition on December 22, 2006. This stipulation does not affect Plaintiffs' second claim for relief regarding the Pope and Talbot lumber mill Title V permit, or their claim for costs of litigation (including attorneys fees) on any claim pursuant to 42 U.S.C. § 7604(d). Pursuant to Fed. R. Civ. P. 54(b), this stipulation does not constitute final judgment.

SO STIPULATED:

ROBERT UKEILEY (MD14062)
Law Office of Robert Ukeiley
433 Chestnut Street
Berea, KY 40403
Tel: (859) 986-5402

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division

JESSICA O'DONNELL (D.C. Bar #473166)
Environmental Defense Section

Fax: (866) 618-1017  
E-mail: rukeiley@igc.org  
Counsel for Plaintiffs

U.S. Department of Justice  
P.O. Box 23986  
Washington, D.C. 20026-3986  
Telephone: (202) 305-0851  
E-mail: jessica.odonnell@usdoj.gov  
Street address:  
601 D Street, NW, Suite 8000  
Washington, D.C. 20004

<u>OF COUNSEL</u>:  
Sheila Igoe  
Jan Tierney  
Office of General Counsel  
U.S. Environmental Protection Agency  
Ariel Rios Building  
1200 Pennsylvania Avenue, N.W.  
Washington, D.C. 20460

Counsel for Defendant

DATED: February 7th, 2007