IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION, *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN L. JOHNSON, <br><br> Defendant. | Civil No. 1:06cv01419 (RMC) |

[REVISED PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Judgment on the Pleadings [Doc. No. 11], and Defendant's Declaration of Gregory Green dated January 24, 2007, stating that EPA requires 60 days to complete the mandatory duty at issue, and for good cause shown, it is hereby ORDERED that Plaintiffs' motion is GRANTED; and it is further ORDERED that EPA grant or deny Plaintiffs' Petition for Objection to the Pope and Talbot Title V Permit by March 26, 2007, or within five working days of the date of this Order if this Order is entered after March 26, 2007.

**SO ORDERED.**

_____
ROSEMARY M. COLLYER
United States District Judge

Dated: _____ \_\_\_\_, 2007