IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
ROCKY MOUNTAIN CLEAN AIR )
ACTION, *et al.,* )
)
      Plaintiffs, )
)
v. ) Civ. No. 1:06-cv-1419(RMC)
)
STEPHEN L. JOHNSON, in his official )
Capacity as Administrator, United )
States Environmental Protection Agency, )
)
      Defendant. )
_____)

**PLAINTIFFS' NOTICE OF CHANGE OF ADDRESS OF COUNSEL**

Plaintiffs hereby notify the Court and the parties of the change of address and fax number for the law firm of the Plaintiffs' counsel, Robert Ukeiley. The telephone and e-mail remain the same. The new information is:

Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403
Fax: (866) 618-1017

                                            Respectfully submitted,

                                            _____
                                            Robert Ukeiley
                                            (MD14062)
                                            Law Office of Robert Ukeiley
                                            435R Chestnut Street
                                            Suite 1
                                            Berea, KY 40403
                                            Tel: (859) 986-5402
                                            Fax: (866) 618-1017
                                            e-mail: rukeiley@igc.org

                                            Counsel for Plaintiffs

Dated: Feb 13, 2007