UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION, et al., <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN L. JOHNSON, in his official capacity as Administrator, United States Environmental Protection Agency, <br><br> Defendant. | Civ. No. 1:06-cv-1419 (RMC) |

**DEFENDANT'S REPLY IN SUPPORT OF ITS
CROSS-MOTION FOR SUMMARY JUDGMENT AS TO REMEDY**

Defendant Stephen L. Johnson, in his official capacity as Administrator, United States Environmental Protection Agency ("EPA"), respectfully submits this Reply in Support of its Cross-Motion for Summary Judgment as to Remedy. Since EPA does not contest liability, the only issue for the Court to decide is the appropriate remedy. In light of Plaintiffs' revised position, that they are willing to accept an order requiring EPA to take action on Plaintiffs' petition regarding the Clean Air Act Title V permit for the Pope and Talbot lumber mill within the 60-day schedule specified by EPA's declarant, there is no longer a dispute as to the appropriate remedy. *See* Plaintiffs' Reply in Support of their Motion for Judgment on the Pleadings and in Opposition to Defendant's Cross-Motion for Summary Judgement as to Remedy ("Pl. Reply"), at 3. While EPA disagrees with much of the argument presented in

Plaintiffs' Reply, EPA is prepared to take action on Plaintiffs' petition within the 60-day time frame described in the Declaration of Gregory Green, dated January 24, 2007, i.e., by March 26, 2007.

                                      Respectfully submitted,

                                      MATTHEW J. MCKEOWN
                                      Acting Assistant Attorney General
                                      Environment and Natural Resources Division

                                       s/*Jessica O'Donnell*

| OF COUNSEL: | JESSICA O'DONNELL  (D.C. Bar #473166) |
|---|---|
| Sheila Igoe | Environmental Defense Section |
| Office of General Counsel | U.S. Department of Justice |
| U.S. Environmental Protection Agency | P.O. Box 23986 |
| Ariel Rios Building | Washington, D.C. 20026-3986 |
| 1200 Pennsylvania Avenue, N.W. | Telephone: (202) 305-0851 |
| Washington, D.C. 20460 | E-mail: jessica.odonnell@usdoj.gov |

                                       Street address:
                                       601 D Street, NW, Suite 8000
                                       Washington, D.C. 20004

Dated: February 23, 2007