UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION, et al., <br><br>    Plaintiff, <br><br>    v. <br><br>STEPHEN L. JOHNSON, in his official capacity as Administrator, United States Environmental Protection Agency, <br><br>    Defendant. | Civ. No. 1:06-cv-1419 (RMC) |

## JOINT MOTION TO STAY ALL PROCEEDINGS

Plaintiffs Rocky Mountain Clean Air Action and Jeremy Nichols ("Plaintiffs"), and Defendant Stephen L. Johnson, Administrator of the Environmental Protection Agency ("EPA"), hereby move to stay all proceedings in this case for a period of 60 days to allow the parties to engage in settlement negotiations. On March 22, 2007, the EPA Administrator took final action on Plaintiffs' petition that is the subject of the parties' cross-motions for partial summary judgment now currently pending before the court, rendering Plaintiffs' request for relief moot. As a result, the only unresolved claim remaining in this action is Plaintiffs' claim for attorney fees and costs of litigation. The requested stay will allow the parties to engage in settlement negotiations regarding Plaintiffs' remaining fees and costs claim and to potentially avoid further litigation. In further support of this motion, the parties state the following:

1. On August 21, 2006, Plaintiffs served upon Defendant a Complaint for Injunctive and Declaratory Relief. On August 22, 2006, Plaintiffs filed a First Amended Complaint for Declaratory and Injunctive Relief.

2. The Complaint alleges that EPA has failed to perform a mandatory duty to respond to two citizen petitions pursuant to 42 U.S.C. § 7661d, a provision of the Clean Air Act. Among the relief sought by the Amended Complaint is an order requiring the Administrator to respond to the petitions.

3. On December 22, 2006, the EPA Administrator took final action on Plaintiffs' petition regarding the Denver Regional Landfill (South), Inc. Clean Air Act Title V permit, rendering Plaintiffs' First Claim for Relief Moot. *See* First Amd. Compl. ¶¶ 39-44.

4. On March 22, 2007, the EPA Administrator took final action on Plaintiffs' petition regarding the Pulp and Talbot, Inc. Title V permit, rendering Plaintiffs' Second Claim for Relief moot. *See* First Amd. Compl. ¶¶ 45-49. As a result, this Court need not decide the pending cross-motions for summary judgment.

5. The only remaining issue in this action is Plaintiffs' claim for attorney fees and costs of litigation. *See* First Amd. Compl. Prayers for Relief ¶ E.

6. In an effort to conserve the resources of the parties and the Court, the parties wish to engage in settlement discussions aimed at resolving Plaintiffs' claim for fees and costs without the need for further litigation. Accordingly, the parties request a stay of all proceedings for 60 days, until May 27, 2007. A proposed order is attached.

7. Granting this stay will not prejudice any party, and could potentially lead to resolution of this action without further litigation.

WHEREFORE, the parties jointly request that the Court enter an order staying all proceedings for 60 days, until May 27, 2007.

Respectfully submitted,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division

*Robert Ukeiley /by jod*
ROBERT UKEILEY (MD14062) *with*
Law Office of Robert Ukeiley *permission*
433 Chestnut Street
Berea, KY 40403
Tel: (859) 986-5402
Fax: (866) 618-1017
E-mail: rukeiley@igc.org
Counsel for Plaintiffs

JESSICA O'DONNELL (D.C. Bar #473166)
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone: (202) 305-0851
E-mail: jessica.odonnell@usdoj.gov
Street address:
601 D Street, NW, Suite 8000
Washington, D.C. 20004

OF COUNSEL:
Jan Tierney
Sheila Igoe
Office of General Counsel
United States Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Dated: 3/28/07