UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION, et al., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civ. No. 1:06-cv-1419 (RMC) |
| STEPHEN L. JOHNSON, in his official capacity as Administrator, United States Environmental Protection Agency, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

ORDER

Upon consideration of the parties' Joint Motion to Stay All Proceedings, and for good cause shown, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that all proceedings in this action are stayed for 60 days, until May 27, 2007.

IT IS SO ORDERED this _____ date of _____.

_____
Rosemary M. Collyer
United States District Judge