**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION, et al., ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civ. No. 1:06-cv-1419 (RMC) |
| STEPHEN L. JOHNSON, in his official capacity as Administrator, United States Environmental Protection Agency, ) ) ) ) ) | |
| Defendant. ) ) | |

## CONSENT MOTION TO CONTINUE STAY OF PROCEEDINGS

Defendant Stephen L. Johnson, Administrator of the Environmental Protection Agency ("EPA") hereby moves to continue the stay of proceedings in this case until July 13, 2007, to allow the parties to continue settlement negotiations. The undersigned counsel has conferred with counsel for Plaintiffs, who indicated Plaintiffs Rocky Mountain Clean Air Action and Jeremy Nichols ("Plaintiffs") consent to this motion.

As indicated in the parties' March 28, 2007, motion to stay all proceedings, the only unresolved claim remaining in this action is Plaintiffs' claim for attorney fees and costs of litigation. In an effort to conserve the resources of the parties and the Court, the parties wish to continue settlement discussions aimed at resolving Plaintiffs' claim for fees and costs without the need for further litigation. Accordingly, EPA requests that the Court to continue the stay of all proceedings until July 13, 2007. A proposed order is attached.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division


    s/ *Jessica O'Donnell*
JESSICA O'DONNELL  (D.C. Bar #473166)
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone: (202) 305-0851
E-mail: jessica.odonnell@usdoj.gov
Street address:
601 D Street, NW, Suite 8000
Washington, D.C. 20004

OF COUNSEL:
Jan Tierney
Sheila Igoe
Office of General Counsel
United States Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460


Dated: June 4, 2007