**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION, et al., ) ) ) Plaintiff, ) ) v. ) ) STEPHEN L. JOHNSON, in his official capacity as Administrator, United States Environmental Protection Agency, ) ) ) ) ) Defendant. ) ) | Civ. No. 1:06-cv-1419 (RMC) |

**ORDER**

Upon consideration of defendant's Consent Motion to Continue a Stay of Proceedings, and for good cause shown, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that all proceedings in this action are stayed until July 13, 2007.

IT IS SO ORDERED this _____ date of _____.


_____
Rosemary M. Collyer
United States District Judge