UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, in his official capacity )<br>as Administrator, United States Environmental )<br>Protection Agency, )<br>)<br>Defendant. ) | Civ. No. 1:06-cv-1419 (RMC) |

## JOINT STATUS REPORT

Plaintiffs Rocky Mountain Clean Air Action, et al., and Defendant Stephen L. Johnson, Administrator of the Environmental Protection Agency ("EPA") hereby submit the following status report, pursuant to the Court's order dated June 5, 2007.

1. In this action, Plaintiffs alleged that EPA failed to perform a mandatory duty to respond to two citizen petitions pursuant to 42 U.S.C. § 7661d, a provision of the Clean Air Act. Plaintiffs' complaint seeks an order requiring the Administrator to respond to the petitions and an award of attorney fees and costs of litigation.

2. On December 22, 2006, the EPA Administrator took final action on Plaintiffs' petition regarding the Denver Regional Landfill (South), Inc. Clean Air Act Title V permit, rendering Plaintiffs' First Claim for Relief moot. See First Amd. Compl. ¶¶ 39-44. On March 22, 2007, the EPA Administrator took final action on Plaintiffs' petition regarding the Pope and Talbot, Inc. Title V permit, rendering Plaintiffs' Second Claim for Relief moot. See First Amd.

Compl. ¶¶ 45-49. Thus, the only remaining issue in this action is Plaintiffs' claim for attorney fees and costs of litigation. See First Amd. Compl. Prayers for Relief ¶E.

3. At present, all proceedings in this case are stayed to allow the parties to engage in settlement discussions aimed at resolving Plaintiffs' remaining claim for fees and costs. As a result of these discussions, the parties' representatives have reached tentative agreement on terms and conditions of a proposed settlement to be presented to appropriate DOJ and EPA officials for approval. However, the approval process can take up to several weeks.

4. Accordingly, the parties request that the Court enter an order continuing the stay of proceedings and directing the parties to submit another status report in 30 days. A proposed order is attached.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

_____         _____
ROBERT UKEILEY   w/ permission           JESSICA O'DONNELL (D.C. Bar #473166)
Law Office of Robert Ukeiley              Environmental Defense Section
435R Chestnut St., Ste. 1                 U.S. Department of Justice
Berea, KY 40403                           P.O. Box 23986
(859) 986-5402                            Washington, D.C. 20026-3986
(866) 618-1017 (fax)                      Telephone: (202) 305-0851
Rukeiley@igc.org                          E-mail: jessica.odonnell@usdoj.gov
                                          Street address:
*Counsel for Plaintiffs*                  601 D Street, NW, Suite 8000
                                          Washington, D.C. 20004

Dated: 7/13/07                            *Counsel for Defendant*

                                          Dated: 7/13/07