**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION, et al., ) ) ) Plaintiffs, ) ) v. ) ) STEPHEN L. JOHNSON, in his official capacity ) as Administrator, United States Environmental ) Protection Agency, ) ) Defendant. ) | Civ. No. 1:06-cv-1419 (RMC) |

**ORDER**

Upon consideration of the parties' Joint Status Report, and for good cause shown, it is hereby ORDERED that proceedings in this case shall continue to be STAYED.

It is further ORDERED that the parties shall submit a status report 30 days from the date of this order.

IT IS SO ORDERED this _____ date of _____.

_____
Rosemary M. Collyer
United States District Judge