IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION and JEREMY NICHOLS,<br><br>  Plaintiffs,<br><br>  v.<br><br>STEPHEN L. JOHNSON,<br><br>  Defendant. | Civil No. 1:06-cv-01419-RMC |

**UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Rocky Mountain Clean Air Act and Jeremy Nichols respectfully request that this case be dismissed with prejudice except that Plaintiffs shall retain the ability to file a motion for costs of litigation (including reasonable attorneys' fees), in the event that the United States fails to pay the sum specified in the parties' settlement agreement regarding costs of litigation within 90 days of August 1, 2007.  In support of this motion, Plaintiffs state the following.

Plaintiffs' amended Complaint alleges that Defendant Stephen L. Johnson, Administrator of the United States Environmental Protection Agency ("EPA") has a mandatory duty pursuant to 42 U.S.C. § 7661d(b)(2) to respond to Plaintiffs' March 17, 2006 petition requesting that EPA object to a Clean Air Act Title V permits for the Denver Landfill (Permit No. 03OPWE254) ("Denver Landfill permit"), and April 6, 2006 petition requesting that EPA object to a Title V permit for the Pope and Talbot Mill (Permit No. 28.4401-09) ("Pope and Talbot permit").  On December 22, 2007, EPA signed an order responding to Plaintiffs' petition regarding the Denver

Landfill permit.  On March 22, 2007, EPA signed an order responding to Plaintiffs' petition regarding the Pope and Talbot permit.  EPA has published notice of both of these actions in the Federal Register.

Furthermore, on August 1, 2007, the parties entered into a settlement agreement regarding the costs of litigation, including attorneys' fees.  The settlement provides that EPA will pay a certain amount for the costs of litigation.  The settlement agreement further provides that if EPA does not pay that amount within 90 days of executing the settlement agreement, Plaintiffs' sole remedy is to file a motion for costs of litigation, including attorneys' fees.

Therefore, because all of the issues have been resolved, Plaintiffs request that this case be dismissed with prejudice except that Plaintiffs may file a motion for costs of litigation, including attorneys fees, should EPA not pay Plaintiffs the agreed upon amount within 90 days of August 1, 2007.

Respectfully submitted,

\_\_\_\_/s_____
Robert Ukeiley
Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403
Tel: (859) 986-5402
Fax: (866) 618-1017
E-mail: rukeiley@igc.org

Counsel for Plaintiffs

DATED: August 7, 2007