IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION and JEREMY NICHOLS, | ) )Civil No. 1:06-cv-01419-RMC ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| STEPHEN L. JOHNSON, | ) ) |
| Defendant. | ) ) |

[proposed] ORDER

Upon consideration of the Plaintiffs' Unopposed Motion to Dismiss with Prejudice, and for good cause shown, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that this case is dismissed with prejudice except that Plaintiffs shall retain the ability to file a motion for costs of litigation (including reasonable attorneys' fees), in the event that the United States fails to pay the sum specified in the parties' settlement agreement regarding costs of litigation within 90 days of August 1, 2007.

IT IS SO ORDERED this _____ day of _____, 2007.

_____
ROSEMARY M. COLLYER
United States District Judge